UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CODY RYAN BARTON,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON ELECTRIC<br>COOPERATIVE, INC.,<br><br>Defendant. | Case No. 2:25-cv-555 |

## ORDER OF DISMISSAL

Plaintiff Cody Ryan Barton, representing himself, filed an application to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915, seeking to bring an action against the Washington Electric Cooperative, Inc. On September 17, 2025, the court granted his request to proceed IFP, however, his Complaint was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. Plaintiff was provided an opportunity to file a proposed Amended Complaint no later than October 17, 2025, and warned that if he failed to do so, his case would be dismissed. (Doc. 5 at 10.) On October 22, 2025, the case was reassigned to the undersigned.

As of the date of this Order, no further filings have been received. Consequently, this case is DISMISSED without prejudice; the Clerk of Court is directed to close the case file.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 4th day of November, 2025.

Geoffrey W. Crawford, District Judge
United States District Court